**STP**
Matthew L. Grode, Esq.
Nevada State Bar # 6326
Richard E. Haskin, Esq.
Nevada State Bar # 11592
**GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP**
1140 N. Town Center Drive, Suite 300
Las Vegas, Nevada 89144-0596
(702) 836-9800

Attorneys for Counter-Defendant
VILLAGE AT CRAIG RANCH
HOMEOWNER'S ASSOCIATION, a
Nevada non-profit corporation

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CIVIL SERVICES EMPLOYEES INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiff,<br>v.<br><br>COLORADO CASUALTY INSURANCE COMPANY, a foreign corporation,<br><br>Defendant.<br><br>COLORADO CASUALTY INSURANCE COMPANY, a foreign corporation,<br><br>Counterclaimant,<br>v.<br><br>CIVIL SERVICES EMPLOYEES INSURANCE COMPANY, a foreign corporation, and VILLAGE AT CRAIG RANCH HOMEOWNER'S ASSOCIATION, a Nevada Non-Profit Corporation,<br><br>Counter-Defendants, | Case No.: 2:17-cv-02920-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR COUNTER-DEFENDANT VILLAGE AT CRAIG RANCH HOMEOWNER'S ASSOCIATION TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT AND COUNTERCLAIMANT COLORADO CASUALTY INSURANCE COMPANY'S COUNTERCLAIM** |

IT IS HEREBY STIPULATED AND AGREED between Defendant and Counterclaimant COLORADO CASUALTY INSURANCE COMPANY'S, through their

1

*STIPULATION AND ORDER TO EXTEND TIME*

2014476.1

Counter-Defendant, VILLAGE AT CRAIG RANCH HOMEOWNER'S ASSOCIATION, through their counsel of record, Matthew L. Grode, Esq. of the law firm Gibbs Giden Locher Turner Senet & Wittbrodt, LLP, that Defendant, VILLAGE AT CRAIG RANCH HOMEOWNER'S ASSOCIATION, may have through and including March 7, 2018, within which to file an Answer, or otherwise respond, to Defendant and Counerclaimant's Counterclaim.

This extension of time is granted to allow Counter-Defendant additional time in which to obtain insurance coverage and to permit the parties to pursue settlement negotiations.

DATED: February 21, 2018

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

By: /s/ Matthew L. Grode
Matthew L. Grode, Esq., Nevada State Bar # 6326
Richard E. Haskin, Esq., Nevada State Bar # 11592
1140 N. Town Center Drive, Suite 300
Las Vegas, Nevada 89144-0596
Attorneys for Counter-Defendant VILLAGE AT CRAIG RANCH HOMEOWNER'S ASSOCIATION

DATED: February 21, 2018

FORAN GLENNON PALANDECH PONZI & RUDLOFF

By: /s/ Casey G. Perkins
Amy M. Samberg, Esq., Nevada State Bar #10212
Casey G. Perkins, Esq., Nevada State Bar #12063
2200 Paseo Verde Parkway, Suite 280
Las Vegas, NV 89052
Attorneys for Defendant and Crossclaimant
COLORADO CASUALTY INSURANCE COMPANY

**IT IS SO ORDERED.**

Dated: February 22, 2018

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF MAILING

The undersigned, an employee of the law firm of GIBBS GIDEN LOCHER TURNER & WITTBRODT LLP, hereby certifies that on February 21, 2018, she served a copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR COUNTER-DEFENDANT VILLAGE AT CRAIG RANCH HOMEOWNER'S ASSOCIATION TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT AND COUNTERCLAIMANT COLORADO CASUALTY INSURANCE COMPANY'S COUNTERCLAIM** by electronic service through the Regional Justice Center for Clark County, Nevada's ECF System:

Casey G. Perkins, Esq.
FORAN GLENNON PALANDECH PONZI & RUDLOFf
2200 Paseo Verde Parkway, Suite 280
Las Vegas, NV 89052

Attorneys for Defendant and Counterclaimant
*COLORADO CASUALTY INSURANCE COMPANY*
Tel: (702) 827-1503
Email: cperkins@fgppr.com

/s/ [signature]
An employee of
Gibbs Giden Locher Turner Senet & Wittbrodt LLP