W. RANDOLPH PATTON, ESQ.
Nevada Bar No.: 000365
**PATTON & KIRALY, P.C.**
3016 West Charleston Blvd., Suite 195
Las Vegas, Nevada 89102
(702) 870-6790 - *Phone*
(702) 870-7490 - *Facsimile*
rpatton@pattonkiraly.com

*Attorney for Plaintiff/Counter-Defendant*
*Civil Service Employees Insurance Company*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CIVIL SERVICES EMPLOYEES INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COLORADO CASUALTY INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | CASE NO.: 2:17-cv-02920<br><br><br><br><br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 18 |
| COLORADO CASUALTY INSURANCE COMPANY, a foreign corporation,<br><br>Counter-claimant,<br><br>vs.<br><br>CIVIL SERVICES EMPLOYEES INSURANCE COMPANY, a foreign corporation, and VILLAGE AT CRAIG RANCH HOMEOWNER'S ASSOCIATION, a Nevada Non-Profit Corporation,<br><br>Counter-defendants. | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff/Counter-Defendant, CIVIL SERVICE EMPLOYEES INSURANCE COMPANY, COLORADO CASUALTY INSURANCE COMPANY, Defendant/Counter-claimant, and Counter-Defendant, VILLAGE AT CRAIG RANCH HOMEOWNER'S ASSOCIATION, by and through their respective counsel undersigned, that the above matter be dismissed with prejudice in its entirety, each party to bear their own costs and attorney's fees.

Dated this 4th day of April, 2018.

PATTON & KIRALY, P.C.

By: /s/ W. Randolph Patton, Esq.
W. Randolph Patton, Esq.
3016 W. Charleston Boulevard #195
Las Vegas, Nevada 89102
*Attorneys for Plaintiff/Cross-Defendant Civil Service Employees Insurance Co.*

FORAN GLENNON PALANDECH PONZI & RUDLOFF, PC

By: /s/ Casey G. Perkins, Esq.
Amy M. Samberg, Esq.
Casey G. Perkins, Esq.
2200 Paseo Verde Parkway, Ste 280
Henderson, NV 89052
*Attorneys for Defendant/Counter-claimant*

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

By: /s/ Matthew L. Grode, Esq.
Matthew L. Grode, Esq.
1140 N. Town Center Drive
Suite 300
Las Vegas, Nevada 89144
*Attorneys for Counter-Defendant Village at Craig Ranch Homeowners Association*

**ORDER OF DISMISSAL WITH PREJUDICE**

Based on the parties' stipulation [ECF No. 18] for dismissal and good cause appearing, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
April 4, 2018